AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Anna Gobble,
Plaintiff,

V.

Phillips & Cohen Associates, Ltd., a New Jersey corporation,
Defendant.

CASE NUMBER: 17 C 8585

ASSIGNED JUDGE: Alonso

DESIGNATED MAGISTRATE JUDGE: Cox

TO: (Name and address of Defendant)

Phillips & Cohen Associates, Ltd.
C/O Howard Enders, President, or any
officer, director, or any person authorized
to accept service of process
1002 Justison Street
Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



November 29, 2017

DATE

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 17 C 8585

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* PHILLIPS & COHEN ASSOCIATES, LTD.
was received by me on *(date)* 12/1/17

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CURTIS VINCENT (MANAGING AGENT), who is
designated by law to accept service of process on behalf of *(name of organization)* PHILLIPS & COHEN ASSOCIATES, LTD.
1002 JUSTISON STREET, WILMINGTON, DE 19801 on *(date)* 12/1/17 AT 2:50 PM _____

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 12/1/17

*Server's signature*

DENORRIS BRITT    PROCESS SERVER
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS; COMPLAINT; COURT ORDER
SWORN TO ME ON 12/1/17

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020